# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128973

In re FRANCES WILLIAMS MESSER
TRUST, DATED JANUARY 10, 1939.
_____/

FIFTH THIRD BANK, formerly known as,
OLD KENT BANK & TRUST, Trustee,
      Petitioner-Appellee,

v

REMAINDER BENEFICIARIES,
      Respondents-Appellants.
_____/

SC: 128973
COA: 249456
Kent Probate Ct: 92-153441-TV

On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

d1219

Clerk